IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Donna Padre | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-5261 |
| Sandi Welch | : | |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Monday, January 6, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

By:_____
Tashia C. Irving
Deputy Clerk
Phone: 267-299-7071

Date: October 9, 2002

Copies:   Thomas McCann, Courtroom Deputy to Judge William H. Yohn, Jr.
Docket Clerk - Case File

   Counsel:   Raymond M. Bily, Esq.
   Gary R. Gremminger, Esq.

ARB2.FRM