IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Donna Padre | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-5261 |
| Sandi Welch | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Monday, January 13, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Case Continued from 1/6/03

By:_____
Tashia C. Irving
Deputy Clerk
Phone: 267-299-7071

Date: January 3, 2003

Copies:   Thomas McCann, Courtroom Deputy to Judge William H. Yohn, Jr.
Docket Clerk - Case File

Counsel:   Raymond M. Bily, Esq.
Gary R. Gremminger, Esq.

ARB2.FRM