IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA PADRE and<br>OLEG PROSVIRNIN and<br>NATASHA PROSVIRNIN, H/W<br><br>vs.<br><br>SANDI WELCH | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>:<br>: NO. 02-5261 |

O R D E R

**AND NOW**, this 16th day of January, 2003, plaintiffs' counsel having filed an arbitration certification to the effect that the damages recoverable in this action exceed the sum of $150,000.00, **IT IS HEREBY ORDERED** that the court's order of July 31, 2002 referring this action to arbitration is **VACATED**.

William H. Yohn, Jr., Judge