IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA PADRE | : CIVIL ACTION |
| vs. | : |
| SANDI WELCH | : NO. 02-5261 |

===============================================================

| | |
|---|---|
| OLEG PROSVIRNIN and | : CIVIL ACTION |
| NATASHA PROSVIRNIN, H/W | : |
| vs. | : |
| SANDI WELCH | : NO. 02-8083 |

## ORDER OF CONSOLIDATION

**AND NOW**, this 14th day of January, 2003, upon consideration of the agreement of the parties that these actions should be consolidated pursuant to Rule 42 of the Federal Rules of Civil Procedure, and it appearing that the above cases involve common questions of law and fact, **IT IS**

**ORDERED** that the above entitled actions are hereby consolidated for all purposes and that Civil Action No. 02-5261 shall be the lead case; and it is further

**ORDERED** that all future pleadings shall be filed under Civil Action No. 02-5261; and it is further

**ORDERED** that the caption of Civil Action No. 02-5261 is renamed to Donna Padre, Oleg Prosvirnin, Natasha Prosvirnin, his wife v. Sandi Welch; and it is further

**ORDERED** that **Civil Action No. 02-8083 is hereby closed for statistical purposes**.

William H. Yohn, Jr., Judge